# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-5137

**Case Name** Center for Biological Diversity, et al. v. USBR, et al.

**Counsel submitting this form** E. Robert Wright, John Buse, Adam Keats

**Represented party/parties** Center for Biological Diversity et al.

*Briefly describe the dispute that gave rise to this lawsuit.*

Federal Defendant United States Bureau of Reclamation ("Reclamation") converted dozens of contracts involving the delivery of about 3 million acre-feet of Central Valley Project water to permanent water supply contracts pursuant to the Water Infrastructure Improvements for the Nation ("WIIN") Act. This conversion occurred without consultation under the Endangered Species Act (16 U.S.C. § 1531, et seq.) or environmental analysis under the National Environmental Policy Act ("NEPA," 42 U.S.C. §§ 4321, et seq.).

There are no facts in dispute. Rather, the parties dispute whether, in light of the WIIN Act and other laws, the contract conversions required compliance with the Endangered Species Act and NEPA.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 7     1     Rev. 09/01/22

*Briefly describe the result below and the main issues on appeal.*

Plaintiffs/Appellants moved for summary judgment on the the purely legal question of whether Reclamation needed to comply with the Endangered Species Act and NEPA prior to converting the Central Valley Project water contracts.

On cross-motions for summary judgment, the district court denied Plaintiffs/Appellants' motion for summary judgment and granted Federal Defendants and Contractor Defendants' motions for summary judgment.

The primary (and related) issues on appeal are (1) whether Reclamation proceeded in the manner required by law by approving the conversion contracts without compliance with the Endangered Species Act and NEPA and (2) whether the WIIN Act repealed expressly or impliedly the requirements to comply with the Endangered Species Act and NEPA prior to converting the Central Valley Project water contracts.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no remaining proceedings in this action in the district court.

**Signature** s/John Buse  **Date** August 18, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  *Rev. 09/01/22*

2